No. 75–636.   INTERNATIONAL BROTHERHOOD OF TEAM-
STERS *v.* UNITED STATES ET AL.; and

No. 75–672.   T. I. M. E.–DC, INC. *v.* UNITED STATES
ET AL.   C. A. 5th Cir.   Certiorari granted, cases con-
solidated, and a total of one and one-half hours allotted
for oral argument.   Reported below: 517 F. 2d 299.

No. 75–651.   TEAMSTERS LOCAL UNION 657 *v.* RODRI-
GUEZ ET AL.; TEAMSTERS LOCAL UNION 657 *v.* HERRERA
ET AL.; and TEAMSTERS LOCAL UNION 657 *v.* RESENDIS
ET AL.;

No. 75–715.   SOUTHERN CONFERENCE OF TEAMSTERS
*v.* RODRIGUEZ ET AL.; SOUTHERN CONFERENCE OF TEAM-
STERS *v.* HERRERA ET AL.; and SOUTHERN CONFERENCE
OF TEAMSTERS *v.* RESENDIS ET AL.; and

No. 75–718.   EAST TEXAS MOTOR FREIGHT SYSTEM *v.*
RODRIGUEZ ET AL.   C. A. 5th Cir.   Certiorari granted,
cases consolidated, and a total of one and one-half hours
allotted for oral argument.   Reported below: Nos. 75–
651 and 75–715, 505 F. 2d 40, 66, and 69; No. 75–718, 505
F. 2d 40.

No. 75–1221.   UNITED STATES *v.* CONSUMER LIFE IN-
SURANCE Co.   Ct. Cl.   Reported below: 207 Ct. Cl. 638,
524 F. 2d 1167;

No. 75–1260.   FIRST RAILROAD & BANKING COMPANY
OF GEORGIA *v.* UNITED STATES.   C. A. 5th Cir.   Reported
below: 514 F. 2d 675; and

No. 75–1285.   UNITED STATES *v.* PENN SECURITY LIFE
INSURANCE Co.   Ct. Cl.   Reported below: 207 Ct. Cl.
594, 524 F. 2d 1155.   Certiorari granted, cases con-
solidated, and a total of one and one-half hours allotted
for oral argument.